**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRONWEN ELLIOT-LABIN, ) <br> GWEN FAUST, EILEEN RUSSELL, ) <br> CLARENCE HOLLAND, ) <br> RICHARD JANEWAY, LINDA MOSS, ) <br> MARCIA NOWIK, PAUL and ) <br> WANDA NEWBOLT, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> ) <br> AMC MORTGAGE SERVICES, INC., ) <br> ) <br> AMERIQUEST MORTGAGE SECURITIES, ) <br> INC., ) <br> ) <br> ACC CAPITAL HOLDINDGS, ) <br> ) <br> DEUTSCHE BANK NATIONAL TRUST ) <br> COMPANY, ) <br> ) <br> AMERICA'S SERVICING COMPANY ) <br> ) <br> BEAR STEARNS/EMC, ) <br> ) <br> AMERIQUEST MORTGAGE SECURITIES INC. ) <br> ASSET BACKED PASS THRU CERTIFICATES ) <br> SERIES 2005-R5, ) <br> ) <br> AMERIQUEST MORTGAGE SECURITIES INC. ) <br> ASSET BACKED PASS THROUGH ) <br> CERTIFICATES SERIES 2005-R1, ) <br> ) <br> WASHINGTON MUTUAL BANK, ) <br> ) <br> Defendants. ) | Case No.: 07-cv-6191 <br><br> Judge Matthew F. Kennelly <br><br> Magistrate Judge Brown <br><br><br> JURY TRIAL DEMAND |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on **November 13, 2007**, plaintiffs filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, plaintiffs' **AMENDED COMPLAINT**, a copy of which is hereby served upon you.

Date:   November 13, 2007		Respectfully Submitted:


		/s/ Anthony P. Valach, Jr.		.
		One of their attorneys

Daniel M. Harris
Anthony P. Valach, Jr.
**THE LAW OFFICES OF DANIEL HARRIS**
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606
P: (312) 960-1802
F: (312) 960-1936
anthonyvalach@sbcglobal.net

2

## **CERTIFICATE OF SERVICE**

      I, Anthony P. Valach, Jr., hereby certify that on this 13th day of November 2007, a true and correct copy of plaintiffs' **AMENDED COMPLAINT** was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                /s/ Anthony Valach
                                                Anthony Valach