IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BROWN ELLIOT-LABIN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07 C 6191 |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, *et al.*, | ) | Judge Matthew F. Kennelly |
| | ) | |
| | ) | Magistrate Judge Brown |
| Defendants. | ) | |
| | ) | |
| | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company (collectively, "Defendants"), by and through their attorneys, Dykema Gossett PLLC, move pursuant to Fed. R. Civ. P. 6(b) for an enlargement of time for Defendants to respond to Plaintiffs' Amended Complaint.  In support of their motion, Defendants state the following:

1. Plaintiffs filed their Complaint on November 1, 2007.

2. Plaintiffs filed their Amended Complaint on November 13, 2007.

3. Defendants' response to the Amended Complaint is due on November 28, 2007.

4. Counsel for the Defendants require additional time to properly investigate the allegations and formulate an appropriate response.

5. On November 27, 2007, counsel for Plaintiffs indicated that Plaintiffs do not oppose Defendants' request for an enlargement of time in which to answer or otherwise plead to the Amended Complaint up to and including January 10, 2008.

WHEREFORE, Defendants request that this Court grant them an enlargement of time up to and including January 10, 2008, in which to respond to Plaintiffs' Amended Complaint, and grant such further and additional relief as this Court deems just and appropriate.

Dated: November 28, 2007            Respectfully submitted,

**AMERIQUEST MORTGAGE COMPANY,
AMC MORTGAGE SERVICES, INC.,
and DEUTSCHE BANK NATIONAL TRUST
COMPANY**

By:    s/ Harry N. Arger
       Richard E. Gottlieb (rgottlieb@dykema.com)
       Harry N. Arger (harger@dykema.com)
       Renee L. Zipprich (rzipprich@dykema.com)
       Michelle B. Fisher (mfisher@dykema.com)
       DYKEMA GOSSETT PLLC
       10 South Wacker Drive, Suite 2300
       Chicago, IL 60606
       Phone: 312-876-1700
       Fax:    312-627-2302

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2007, I electronically filed **Ameriquest Mortgage Company, AMC Mortgage Services, Inc.,** and **Deutsche Bank National Trust Company's Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Amended Complaint** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

> **Anthony P. Valach, Jr.** (anthonypvalach@sbcglobal.net)
> **Daniel Mark Harris** (lawofficedh@yahoo.com)
> The Law Offices of Daniel Harris
> 150 North Wacker Drive
> Suite 3000
> Chicago, IL 60606
> (312) 960-1803

s/ Irina V. Frye

CHICAGO\2400983.1
ID\IVF