## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BROWN ELLIOT-LABIN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07 C 6191 |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, *et al.*, | ) | Judge Matthew F. Kennelly |
| | ) | |
| | ) | Magistrate Judge Brown |
| Defendants. | ) | |
| | ) | |
| | ) | |

## **FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule LR3.2 of the Local General Rules, defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company state as follows:

1. Ameriquest Mortgage Company and AMC Mortgage Services, Inc. are each indirect wholly owned subsidiaries of Ameriquest Capital Corporation.

2. No publicly held corporation owns 10% or more of the stock of Ameriquest Capital Corporation.

3. Deutsche Bank National Trust Company is a wholly owned indirect subsidiary of Deutsche Bank AG.

4. No publicly held corporation owns 10% or more of the stock of Deutsche Bank AG.

Dated: November 28, 2007 Respectfully submitted,

**AMERIQUEST MORTGAGE COMPANY,
AMC MORTGAGE SERVICES, INC.,
and DEUTSCHE BANK NATIONAL TRUST
COMPANY**

By: s/ Harry N. Arger
Richard E. Gottlieb (rgottlieb@dykema.com)
Harry N. Arger (harger@dykema.com)
Renee L. Zipprich (rzipprich@dykema.com)
Michelle B. Fisher (mfisher@dykema.com)
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Phone: 312-876-1700
Fax:    312-627-2302

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2007, I electronically filed **Ameriquest Mortgage Company, AMC Mortgage Services, Inc., and Deutsche Bank National Trust Company's Federal Rule 7.1 and Local Rule 3.2 Disclosure Statement** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

**Anthony P. Valach, Jr.** (anthonypvalach@sbcglobal.net)
**Daniel Mark Harris** (lawofficedh@yahoo.com)
The Law Offices of Daniel Harris
150 North Wacker Drive
Suite 3000
Chicago, IL 60606
(312) 960-1803

s/ Irina V. Frye

CHICAGO\2401019.1
ID\IVF