**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BROWN ELLIOT-LABIN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07 C 6191 |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, *et al.*, | ) | Judge Matthew F. Kennelly |
| | ) | |
| | ) | Magistrate Judge Brown |
| Defendants. | ) | |
| | ) | |
| | ) | |

**AMENDED NOTICE OF MOTION**

**TO:    Anthony P. Valach, Jr.
Daniel Mark Harris**
The Law Offices of Daniel Harris
2150 North Wacker Drive, Suite 3000
Chicago, IL 60606

**PLEASE TAKE NOTICE** that on **Tuesday, December 11, 2007,** at **9:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Matthew F. Kennelly** or any judge sitting in his stead in **Room 2103** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois and shall present the **Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Amended Complaint**.

Dated: December 5, 2007

**AMERIQUEST MORTGAGE COMPANY,
AMC MORTGAGE SERVICES, INC.,
and DEUTSCHE BANK NATIONAL TRUST
COMPANY**

By:   s/ Harry N. Arger
Richard E. Gottlieb (rgottlieb@dykema.com)
Harry N. Arger (harger@dykema.com)
Renee L. Zipprich (rzipprich@dykema.com)
Michelle B. Fisher (mfisher@dykema.com)
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Phone: 312-876-1700
Fax:    312-627-2302

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 5, 2007, I electronically filed **Ameriquest Mortgage Company, AMC Mortgage Services, Inc.,** and **Deutsche Bank National Trust Company's Amended Notice of Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Amended Complaint** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

> **Anthony P. Valach, Jr.** (anthonypvalach@sbcglobal.net)
> **Daniel Mark Harris** (lawofficedh@yahoo.com)
> The Law Offices of Daniel Harris
> 150 North Wacker Drive
> Suite 3000
> Chicago, IL 60606
> (312) 960-1803

> s/ Irina V. Frye

CHICAGO\2401020.2
ID\IVF