**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BROWN ELLIOT-LABIN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07 C 6191 |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, *et al.*, | ) | Judge Matthew F. Kennelly |
| | ) | |
| | ) | Magistrate Judge Brown |
| Defendants. | ) | |
| | ) | |
| | ) | |

**WASHINGTON MUTUAL BANK'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Defendant Washington Mutual Bank ("Defendant"), by and through its attorneys, Dykema Gossett PLLC, moves pursuant to Fed. R. Civ. P. 6(b) for an enlargement of time for Defendant to respond to Plaintiffs' Amended Complaint. In support of its motion, Defendant states the following:

1. Plaintiffs filed their Complaint on November 1, 2007.

2. Plaintiffs filed their Amended Complaint on November 13, 2007.

3. Defendant's response to the Amended Complaint is due on December 17, 2007.

4. Counsel for the Defendant require additional time to properly investigate the allegations and formulate an appropriate response.

5. On December 13, 2007, counsel for Plaintiffs indicated that Plaintiffs do not oppose Defendant's request for an enlargement of time in which to answer or otherwise plead to the Amended Complaint up to and including January 10, 2008.

WHEREFORE, defendant Washington Mutual Bank requests that this Court grant it an enlargement of time up to and including January 10, 2008, in which to respond to Plaintiffs' Amended Complaint, and grant such further and additional relief as this Court deems just and appropriate.

Dated: December 14, 2007         Respectfully submitted,

**WASHINGTON MUTUAL BANK**

By:   s/ Harry N. Arger
Richard E. Gottlieb (rgottlieb@dykema.com)
Harry N. Arger (harger@dykema.com)
Renee L. Zipprich (rzipprich@dykema.com)
Michelle B. Fisher (mfisher@dykema.com)
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Phone: 312-876-1700
Fax:    312-627-2302

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I electronically filed **Washington Mutual Bank's Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Amended Complaint** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

> **Anthony P. Valach, Jr.** (anthonypvalach@sbcglobal.net)
> **Daniel Mark Harris** (lawofficedh@yahoo.com)
> The Law Offices of Daniel Harris
> 150 North Wacker Drive
> Suite 3000
> Chicago, IL 60606
> (312) 960-1803

>                                     s/ Irina V. Frye

CHICAGO\2406726.1
ID\IVF