IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BROWN ELLIOT-LABIN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07 C 6191 |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, *et al.*, | ) | Judge Matthew F. Kennelly |
| | ) | |
| | ) | Magistrate Judge Brown |
| Defendants. | ) | |
| | ) | |
| | ) | |

### NOTICE OF MOTION

**TO:   Anthony P. Valach, Jr.**
**Daniel Mark Harris**
The Law Offices of Daniel Harris
2150 North Wacker Drive, Suite 3000
Chicago, IL 60606

**PLEASE TAKE NOTICE** that on **Wednesday, December 19, 2007,** at **9:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Matthew F. Kennelly** or any judge sitting in his stead in **Room 2103** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois and shall present the **Washington Mutual Bank's Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Amended Complaint**.

Dated: December 14, 2007        **WASHINGTON MUTUAL BANK**

                                By:   s/ Harry N. Arger
                                      Richard E. Gottlieb (rgottlieb@dykema.com)
                                      Harry N. Arger (harger@dykema.com)
                                      Renee L. Zipprich (rzipprich@dykema.com)
                                      Michelle B. Fisher (mfisher@dykema.com)
                                      DYKEMA GOSSETT PLLC
                                      10 South Wacker Drive, Suite 2300
                                      Chicago, IL 60606
                                      Phone: 312-876-1700
                                      Fax:    312-627-2302

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 14, 2007, I electronically filed **Washington Mutual Bank's Notice of Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Amended Complaint** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

          **Anthony P. Valach, Jr.** (anthonypvalach@sbcglobal.net)
          **Daniel Mark Harris** (lawofficedh@yahoo.com)
          The Law Offices of Daniel Harris
          150 North Wacker Drive
          Suite 3000
          Chicago, IL 60606
          (312) 960-1803

                                  s/ Irina V. Frye

CHICAGO\2406728.1
ID\IVF