**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BROWN ELLIOT-LABIN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07 C 6191 |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, *et al.*, | ) | Judge Matthew F. Kennelly |
| | ) | |
| | ) | Magistrate Judge Brown |
| Defendants. | ) | |
| | ) | |
| | ) | |

**WASHINGTON MUTUAL BANK'S
<u>FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule LR3.2 of the Local General Rules, defendant Washington Mutual Bank states as follows:

Washington Mutual Bank is a federal savings association. Washington Mutual Bank is 100% owned by New American Capital, Inc, a Delaware corporation. New American Capital, Inc. is 100% owned by Washington Mutual, Inc., a publicly traded Washington company.

Dated: December 14, 2007              Respectfully submitted,

**WASHINGTON MUTUAL BANK**

By:   s/ Harry N. Arger
Richard E. Gottlieb (rgottlieb@dykema.com)
Harry N. Arger (harger@dykema.com)
Renee L. Zipprich (rzipprich@dykema.com)
Michelle B. Fisher (mfisher@dykema.com)
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Phone: 312-876-1700
Fax:    312-627-2302

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I electronically filed **Washington Mutual Bank's Federal Rule 7.1 and Local Rule 3.2 Disclosure Statement** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

>**Anthony P. Valach, Jr.** (anthonypvalach@sbcglobal.net)
>**Daniel Mark Harris** (lawofficedh@yahoo.com)
>The Law Offices of Daniel Harris
>150 North Wacker Drive
>Suite 3000
>Chicago, IL 60606
>(312) 960-1803

>s/ Irina V. Frye

CHICAGO\2406729.1
ID\IVF