**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 07-cv-6191
Bronwen Elliot-Labin, et al.
v.
Ameriquest Mortgage Company, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

America's Servicing Company

| | |
|---|---|
| NAME (Type or print) <br> Robert J. Emanuel | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert J. Emanuel | |
| FIRM <br> Burke, Warren, MacKay & Serritella, P.C. | |
| STREET ADDRESS <br> 330 North Wabash Avenue, 22nd Floor | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6229212 | TELEPHONE NUMBER <br> (312) 840-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, on oath, deposes and states that on this 4th day of January, 2008, a true and correct copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to the following parties via the Court's electronic filing system:

Daniel Mark Harris
  Email: lawofficedh@yahoo.com
Anthony P. Valach, Jr.
  Email: anthonyvalach@sbcglobal.net
Law Offices of Daniel Harris
150 North Wacker Drive
Suite 3025
Chicago, Illinois 60606
Telephone:    (312) 960-1802

*Attorneys for Plaintiffs*

Harry N. Arger
  Email: harger@dykema.com
Richard Eric Gottlieb
  Email: rgottlieb@dykema.com
Michelle Bacher Fisher
  Email: mfisher@dykema.com
Renee Lynn Zipprich
  Email: rzipprich@dykema.com
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
Telephone:    (312) 876-1700

*Attorneys for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Washington Mutual Bank*


                              /s/ Robert J. Emanuel
                              Robert J. Emanuel

456963.1