**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BROWN ELLIOT-LABIN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07 C 6191 |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, *et al.*, | ) | Judge Matthew F. Kennelly |
| | ) | |
| | ) | Magistrate Judge Brown |
| Defendants. | ) | |
| | ) | |
| | ) | |

**UNOPPOSED MOTION TO STAY ACTION PENDING**
**TRANSFER AS A CASE RELATED TO MDL NO. 1715**

Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Washington Mutual Bank (collectively, "Defendants"), by their attorneys, Dykema Gossett PLLC, respectfully move for a stay of the proceedings and of Defendants' responsive pleading to Plaintiffs' Amended Complaint pending a ruling on relatedness under 28 U.S.C. § 1407 and Local Rule 40.4. In support of their motion, Defendants state as follows:

1.     Plaintiffs filed their Amended Complaint against Defendants alleging violations under the Truth In Lending Act and Regulation Z.

2.     Defendants timely filed their appearance, and their responsive pleading is currently due on January 10, 2008.

3.     This case involves some, if not all, of the same issues of fact or law as the claims involved in the MDL proceedings pending under case no. 05 C 7097 before Judge Aspen and titled "*In Re: Ameriquest Mortgage Co., Mortgage Lending Practices Litigation*" ("MDL

proceedings"). Like the claims in Plaintiffs' complaint, the claims involved in the MDL proceedings allege the same defective disclosures were made under the Truth in Lending Act and Regulation Z.

4.    On January 7, 2008, Defendants filed a motion for reassignment and transfer of this case to the MDL proceedings before Judge Aspen. (A copy of the motion for reassignment attached hereto as Exhibit A.)

5.    Although Local Rule 40.4(c) provides that a motion for reassignment of a related case must be made to the judge assigned to the lower numbered case, Judge Aspen advised the MDL parties including Ameriquest on February 7, 2006, that the parties should file any motion for reassignment before him.

6.    Similar motions for reassignment and transfer have been granted by Judge Aspen in other cases against Ameriquest alleging violations under the Truth In Lending Act and Regulation Z which were filed by plaintiffs' counsel herein, including but not limited to Case Nos. 06 C 269, 06 C 1716, 06 C 2187, 06 C 1899, 06 C 2333, 06 C 2549, 06 C 2482, 06 C 2683, 06 C 2637, and 06 C 2912, and the parties anticipate that this action will be transferred to the MDL proceedings currently pending before Judge Aspen.

7.    As a result, it is likely that this action will be transferred to the MDL Proceedings and will be subject to the stay.

8.    This Court has inherent power to stay its proceedings, and may control the disposition of causes on its docket with economy of time and effort for itself, for counsel, and for litigants. *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).

9.    Judicial economy and efficiency will be served by staying this action pending the outcome of the motion to transfer and for reassignment as a related case under 28 U.S.C. § 1407

and local rule 40.4. *See*, *e.g.*, *Walker v. Merck & Co., Inc.*, No. 05 C 360, 2005 U.S. Dist. LEXIS 13693, at *5 (S.D. Ill. June 22, 2005) (stay granted pending decision by Panel on transfer) (attached as Exhibit B); *Bd. of Trustees of the Teachers' Retirement System of Illinois v. Worldcom, Inc*., 244 F. Supp. 2d 900, 906 (N.D. Ill. 2002) (granting stay pending transfer decision).

10.    This request is not intended to cause undue delay or annoyance, and no party will be prejudiced if the motion is granted.

11.    This motion is unopposed.  On January 8, 2008, Anthony Valach, counsel for Plaintiffs, indicated by telephone to Harry Arger, counsel for Defendants, that Plaintiffs do not oppose and in fact agree with Defendants' motion for stay and with reassignment and transfer of this action to the MDL.  On January 9, 2008, counsel for co-defendant America's Servicing Company Robert Emanuel indicated by telephone to Harry Arger that America's Servicing Company does not oppose this motion to stay.

12.    Defendants therefore request a stay of all proceedings including the time to respond to Plaintiffs' Amended Complaint pending transfer and reassignment of this matter to the MDL proceedings for consolidation and coordination with those proceedings.

WHEREFORE, defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Washington Mutual Bank respectfully request that this Court stay this matter, including a stay of the time to respond to Plaintiffs' Amended Complaint, pending transfer and reassignment of this matter to the MDL proceedings, and grant such further relief as it deems appropriate.

Dated: January 10, 2008

Respectfully submitted,

**AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, and WASHINGTON MUTUAL BANK**

By:   <u>s/ Harry N. Arger</u>
Richard E. Gottlieb (<u>rgottlieb@dykema.com</u>)
Harry N. Arger (<u>harger@dykema.com</u>)
Renee L. Zipprich (<u>rzipprich@dykema.com</u>)
Michelle B. Fisher (<u>mfisher@dykema.com</u>)
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Phone: 312-876-1700
Fax:   312-627-2302

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **January 10, 2008**, I electronically filed the foregoing **Unopposed Motion to Stay Action Pending Transfer as a Case Related to MDL No. 1715** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

> Anthony P. Valach, Jr. (anthonypvalach@sbcglobal.net)
> Daniel Mark Harris (lawofficedh@yahoo.com)
> The Law Offices of Daniel Harris
> 150 North Wacker Drive, Suite 3000
> Chicago, IL 60606
>
> Robert Jerald Emanuel (remanuel@burkelaw.com)
> Burke, Warren, MacKay & Serritella, P.C.
> 330 North Wabash Avenue, 22nd Floor
> Chicago, IL 60611-3607

> s/ Irina V. Frye

CHICAGO\2411174.2
ID\IVF