IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BROWN ELLIOT-LABIN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 07 C 6191 |
| ) | |
| AMERIQUEST MORTGAGE COMPANY, ) | Judge Matthew F. Kennelly |
| *et al.*, ) | |
| ) | Magistrate Judge Brown |
| Defendants. ) | |
| ) | |
| ) | |

**NOTICE OF MOTION**

TO:   COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on **Tuesday, January 22, 2008,** at **9:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Matthew F. Kennelly** or any judge sitting in his stead in **Room 2103** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Washington Mutual Bank's **Unopposed Motion to Stay Action Pending Transfer as a Case Related to MDL No. 1715**.

Dated: January 10, 2008            **AMERIQUEST MORTGAGE COMPANY,**
                                   **AMC MORTGAGE SERVICES, INC.,**
                                   **DEUTSCHE BANK NATIONAL TRUST**
                                   **COMPANY, and WASHINGTON MUTUAL**
                                   **BANK**

                         By:   s/ Harry N. Arger
                               Richard E. Gottlieb (rgottlieb@dykema.com)
                               Harry N. Arger (harger@dykema.com)
                               Renee L. Zipprich (rzipprich@dykema.com)
                               Michelle B. Fisher (mfisher@dykema.com)
                               DYKEMA GOSSETT PLLC
                               10 South Wacker Drive, Suite 2300
                               Chicago, IL 60606
                               Phone: 312-876-1700
                               Fax:   312-627-2302

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2008, I electronically filed the foregoing **Notice of Unopposed Motion to Stay Action Pending Transfer as a Case Related to MDL No. 1715** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

>Anthony P. Valach, Jr. (anthonypvalach@sbcglobal.net)
>Daniel Mark Harris (lawofficedh@yahoo.com)
>The Law Offices of Daniel Harris
>150 North Wacker Drive, Suite 3000
>Chicago, IL 60606
>
>Robert Jerald Emanuel (remanuel@burkelaw.com)
>Burke, Warren, MacKay & Serritella, P.C.
>330 North Wabash Avenue, 22nd Floor
>Chicago, IL 60611-3607

>s/ Irina V. Frye

CHICAGO\2411188.1
ID\IVF