## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Bronwen Elliot–Labin, et al.
                              Plaintiff,

v.                                         Case No.: 1:07–cv–06191
                                                 Honorable Matthew F. Kennelly

Ameriquest Mortgage Company, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 14, 2008:

      MINUTE entry before Judge Matthew F. Kennelly : Status hearing held on 1/14/2008. Only plaintiff's counsel appears for scheduled status conference. Defendants' unopposed motion to stay pending transfer is granted. The motion hearing date of 1/22/2008 is vacated. Status hearing continued to 2/21/2008 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.