<u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, on oath, deposes and states that on this 15th day of January, 2008, a true and correct copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to the following parties via the Court's electronic filing system:

| | |
|---|---|
| Daniel Mark Harris<br>　Email: lawofficedh@yahoo.com<br>Anthony P. Valach, Jr.<br>　Email: anthonyvalach@sbcglobal.net<br>Law Offices of Daniel Harris<br>150 North Wacker Drive<br>Suite 3025<br>Chicago, Illinois 60606<br>Telephone:　(312) 960-1802<br><br>*Attorneys for Plaintiffs* | Harry N. Arger<br>　Email: harger@dykema.com<br>Richard Eric Gottlieb<br>　Email: rgottlieb@dykema.com<br>Michelle Bacher Fisher<br>　Email: mfisher@dykema.com<br>Renee Lynn Zipprich<br>　Email: rzipprich@dykema.com<br>Dykema Gossett PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago, Illinois 60606<br>Telephone:　(312) 876-1700<br><br>*Attorneys for Defendants Ameriquest Mortgage Company, AMC Mortgage Services, Inc., Deutsche Bank National Trust Company, and Washington Mutual Bank* |

　　　　　　　　　　　　　　　　　　　　　<u>  /s/ Susan J. Miller  </u>
　　　　　　　　　　　　　　　　　　　　　　　Susan J. Miller