**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRONWEN ELLIOT-LABIN, | ) | |
| GWEN FAUST, EILEEN RUSSELL, | ) | |
| CLARENCE HOLLAND, | ) | Case No.: 07-cv-6191 |
| RICHARD JANEWAY, LINDA MOSS, | ) | |
| MARCIA NOWIK, PAUL and | ) | |
| WANDA NEWBOLT, | ) | Judge Matthew F. Kennelly |
| | ) | |
| Plaintiffs, | ) | Magistrate Judge Brown |
| | ) | |
| vs. | ) | |
| | ) | JURY TRIAL DEMAND |
| AMERIQUEST MORTGAGE COMPANY, | ) | |
| AMC MORTGAGE SERVICES, INC., | ) | |
| AMERIQUEST MORTGAGE SECURITIES, | ) | |
| INC., ACC CAPITAL HOLDINDGS, | ) | |
| DEUTSCHE BANK NATIONAL TRUST | ) | |
| COMPANY,  AMERICA'S SERVICING COMPANY | ) | |
| BEAR STEARNS/EMC, | ) | |
| AMERIQUEST MORTGAGE SECURITIES INC | ) | |
| ASSET BACKED PASS THRU CERTIFICATES | ) | |
| SERIES 2005-R5, | ) | |
| AMERIQUEST MORTGAGE SECURITIES INC. | ) | |
| ASSET BACKED PASS THROUGH | ) | |
| CERTIFICATES SERIES 2005-R1, | ) | |
| WASHINGTON MUTUAL BANK, | ) | |
| | ) | |
| Defendants. | ) | |

**EMC MORTGAGE CORPORATION'S FEDERAL RULE 7.1 AND
LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule LR 3.2 of the

Local General Rules, Defendant, EMC Mortgage Corporation ("EMC"), states as follows:

EMC is a wholly owned subsidiary of The Bear Stearns Companies, Inc.  The Bear

Stearns Companies, Inc. is a publicly traded corporation.

Dated:  January 15, 2008                    Respectfully submitted,

                                            EMC MORTGAGE CORPORATION

                                            By:    s/ Blair B. Hanzlik
                                                   One of Their Attorneys

                                                   Linda B. Dubnow
                                                   Blair B. Hanzlik
                                                   MCGUIREWOODS LLP
                                                   77 West Wacker Drive – Suite 4100
                                                   Chicago, IL 60601
                                                   Telephone:  (312) 849-8100
                                                   Telefax:  (312) 849-3690

**Certificate of Service**

        I, Blair B. Hanzlik, an attorney, hereby certify that on January 15, 2008, I caused a copy of EMC Mortgage Corporation's Disclosure Statement to be filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court System.


s/ Blair B. Hanzlik
Blair B. Hanzlik (ARDC # 6279664)
McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL  60601
Tel:  (312) 849-8100
Fax:  (312) 849-3690


\4963690.1