# United States District Court
# Northern District of Illinois



In the Matter of

Elliot-Labin, et al

v.

Ameriquest Mortgage Co.

Case No. 07 C 6191

Designated Magistrate Judge
Morton Denlow

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Matthew F. Kennelly** to be related to **05C7097 (MDL-1715)**, which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Marvin Aspen

Dated: January 22, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Marvin Aspen**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: JAN 2 3 2008

Finding of Relatedness (Rev. 9/99)