AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

**07 C 6191**

BRONWEN ELLIOT-LABIN, GWEN FAUST, EILEEN RUSSELL, CLARENCE HOLLAND, RICHARD JANEWAY, LINDA MOSS, MARCIA NOWIK, PAUL and WANDA NEWBOLT

V.

AMERIQUEST MORTGAGE COMPANY, AMC MORTGAGE SERVICES, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY, W.M. SPECIALTY MORTGAGE LLC, BARCLAYS CAPITAL REAL ESTATE, INC., d/b/a HomeEq SERVICING, U.S. BANK, NA., WILSHIRE CREDIT CORPORATION, WASHINGTON MUTUAL, MERRILL LYNCH MORTGAGE LENDING, INC.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

JUDGE KENNELLY
MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

AMC MORTGAGE SERVICES, INC
505 City Parkway West, Suite 100
Orange, CA 92868-2912

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel Harris, Esq.
Anthony Valach, Esq.
The Law Offices of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____          _____
(By) DEPUTY CLERK                                                          DATE

*Cynthia Marcali* (signature)

NOVEMBER 1, 2007

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  11/7/07 |
| NAME OF SERVER (PRINT)  Anthony Valach | TITLE  Associate, The Law Offices of Daniel Harris |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: National Registered Agents, 200 W. Adams, 20th Floor, Chicago, IL 60606

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/4/08
　　　　　　　Date　　　　　　　Signature of Server

The Law Offices of Daniel Harris
150 N. Wacker Drive, Suite 3000
Chicago, IL 60606

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.